IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAWN BALL, #20190001029,** | : | Civil No. 3:21-cv-0613 |
| **Plaintiff,** | : | |
| v. | : | |
| **LEA BAYLOR, et al.,** | : | |
| **Defendants.** | : | **Judge Sylvia H. Rambo** |

## O R D E R

AND NOW, this 5th day of August, 2021, upon consideration of the report and recommendation of the magistrate judge (Doc. 9), and noting that no objections have been filed, IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE for failure to pay the requisite filing and administrative fees. The Clerk of Court is DIRECTED to administratively close this case.

                                                              s/Sylvia H. Rambo
                                                     United States District Judge